UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

        Plaintiff,

                                        Case No. 1:13-cr-92

v.

                                        HONORABLE PAUL L. MALONEY

SANTOS MALDONADO-GOMEZ,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States

Magistrate Judge Ellen S. Carmody in this action.  The Report and Recommendation was duly

served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge (ECF No. 17) is

approved and adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the

charges set forth in Count One of the Indictment.


Date:  November 25, 2013                    /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge